**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antoinette Delores ROCAMORA,**
**Defendant–Appellant.**

**Nos. 06–12006 to 06–12008**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 22, 2006.

Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Antoinette Delores Rocamora in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rocamora's conviction and sentence are **AFFIRMED.**